**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**KALLEE ALLEN, Individually and as Next Friend of VIVIAN ALLEN, a minor** **PLAINTIFFS**

**v.** **No. 4:25-cv-626-DPM**

**HOT SPRINGS SCHOOL DISTRICT** **DEFENDANT**

**ORDER**

**1.** Kallee Allen sues for herself and her daughter, Vivian. She summarized her claims in a brief. Allen seeks "redress for violations of the Individuals with Disabilities Education Act, Section 504 of the Rehabilitation Act, Title II of the Americans with Disabilities Act, the Arkansas Civil Rights Act, and various state tort claims. The claims arise from the systemic failure of the Hot Springs School District and the Arkansas Department of Education to provide Vivian a Free Appropriate Public Education." *Doc. 18 at 1.* All agree, though, that she didn't exhaust administrative remedies by filing a due process complaint. All IDEA claims are therefore barred and are dismissed without prejudice.

**2.** Allen has many other claims. She may pursue them—for damages, and any relief not available under the IDEA. 20 U.S.C § 1415(*l*); *Perez v. Sturgis Public Schools*, 598 U.S. 142, 147–48, 150 (2023).

**3.** An amended complaint would be helpful. The Court applauds Allen pleading each claim in a separate count and specifying which defendant(s) each claim runs against. Please also specify what relief is sought on each count. The Court notes the nonsuit of the state defendants and the IDEA claim against them. *Doc. 17 & 19.* That can be cleaned up, too.

**4.** Hot Springs School District's motion, *Doc. 13,* is partly granted and partly denied. Amended complaint due by 25 September 2026. The District must answer or file another Rule 12(b) motion twenty-one days after the amended complaint is filed. To avoid further delay in this older case, a Final Scheduling Order will issue.

So Ordered.

D.P. Marshall Jr.

D.P. Marshall Jr.
United States District Judge

4 September 2026